1 | **THOMPSON COBURN LLP**                JS6
**JOHN L. VIOLA, CSB 131407**
2 | jviola@thompsoncoburn.com
**KEITH J. RASHER, CSB 299022**
3 | krasher@thompsoncoburn.com
10100 Santa Monica Boulevard, Suite 500
4 | Los Angeles, CA 90067
Tel: 310.282.2500 / Fax: 310.282.2501
5 |
6 | Attorneys for Defendants CHARTER COMMUNICATIONS, LLC and CHARTER COMMUNICATIONS, INC.,
7 | dba CHARTER COMMUNICATIONS (CCI), INC.
8 |

### UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA LYNN LUJAN, an individual, | CASE NO. 2:22-cv-07399-RGK-KS |
| Plaintiff, | |
| v. | **ORDER ON STIPULATION TO STAY ACTION AND SUBMIT MATTER TO BINDING ARBITRATION** |
| CHARTER COMMUNICATIONS, LLC, a Delaware limited liability company; CHARTER COMMUNICATIONS, INC., dba CHARTER COMMUNICATIONS (CCI), INC., a Delaware Corporation; CHARTER COMMUNICATIONS, INC., a Delaware Corporation; SPECTRUM, a business entity of unknown form; CHARTER COMMUNICATIONS, a business entity of unknown form; TIME WARNER CABLE, a business entity of unknown form; and DOES 1-50. | [13] |
| Defendants. | |

**ORDER**

The Court has read and considered the Stipulation entered between the parties, Plaintiff, BARBARA LYNN LUJAN ("Plaintiff"), and Defendants, CHARTER COMMUNICATIONS, LLC and CHARTER COMMUNICATIONS, INC., dba CHARTER COMMUNICATIONS (CCI), INC. ("Defendants") and, good cause appearing, Orders are follows:

1. This matter will be submitted to arbitration pursuant to Defendants' Solution Channel program guidelines, and Plaintiff shall file her claims via the Solution Channel intake process set forth at Paragraph F in the arbitration agreement between the parties, with Defendants having up to 45 days to process Plaintiff's claims before submitting the matter for arbitration;

2. The arbitration will be conducted remotely before the American Arbitration Association ("AAA") via a web-based platform provided by the AAA or agreed upon by the parties;

3. The selection of the arbitrator will be conducted as follows: AAA will provide a panel of at least five potential arbitrators to Plaintiff and Defendants, and each party will receive two strikes, with Plaintiff making the first strike and alternating strikes with Defendants, until the remaining arbitrator is appointed to arbitrate this matter;

4. Plaintiff's Complaint for Damages is sufficient notice to Defendants setting forth the claims at issue in this action;

5. This action will be and is hereby stayed pending the resolution of the arbitration proceedings;

/ / /

/ / /

/ / /

/ / /

/ / /

6. The scheduling conference on November 14, 2022 at 9:00 a.m. hereby is taken *off-calendar*.

7. This action be removed from the active caseload without prejudice to reopening the matter to enforce the arbitration.

**IT IS SO ORDERED.**

Dated: 10/31/2022

*[Signature: Gary Klausner]*

HON. R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE